EILEEN COVENEY *v.* ANTHONY NICOLETTI

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*David Silverstone,* in support of the petition.

Submitted April 29—decided May 8, 1974

FREDERICK D. JENKINS *v.* HERCULES ELLIS ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied without prejudice to full argument on appeal.

*James F. Kenney,* for the appellees (defendants).

*Lawrence Hirsch,* for the appellant (plaintiff).

Argued May 7—decided May 22, 1974

TRI/VEST ASSOCIATES ET AL. *v.* TOWN OF GREENWICH

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Rollin E. Burger,* in support of the petition.

*James W. Macauley,* in opposition.

Submitted May 9—decided May 22, 1974

CHEVRON OIL COMPANY ET AL. *v.* ZONING BOARD OF APPEALS OF SHELTON

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*William J. Curran,* in support of the petition.

*Daniel D. McDonald,* in opposition.